IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRYAN E. HUNT,

      Appellant,

v.

NORTH FLORIDA REGIONAL
MEDICAL CENTER, INC., ET
AL.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3647

Opinion filed March 4, 2016.

An appeal from an order of the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

Bryan E. Hunt, pro se, Appellant.

Linda L. Winchenbach and John M. Green, Jr., Ocala; William E. Harlan, Jr.,
Gainesville; and Debra Potter Klauber and Richard B. Schwamm, of Haliczer,
Pettis & Schwamm, P.A., Orlando, for Appellees.

PER CURIAM.

      DISMISSED.  This dismissal is without prejudice to appellant's right to seek

relief in the trial court.  See Williams v. Roundtree, 464 So. 2d 1293 (Fla. 1st DCA

1985); Snelson v. Snelson, 440 So. 2d 477 (Fla. 5th DCA 1983).

ROBERTS, C. J., MAKAR and OSTERHAUS, JJ., CONCUR.